# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA REYES obo RICARDO REYES,<br><br>     Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>     Defendant. | Case No. 1:25-cv-00452-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE THE ELECTRONIC CERTIFIED ADMINISTRATIVE RECORD AS THE ANSWER TO PLAINTIFF'S COMPLAINT<br><br>(ECF No. 12) |

On June 12, 2025, the parties filed a stipulation for a thirty-one (31) day extension of time until July 21, 2025 for Defendant to file a copy of the certified administrative record as the answer to Plaintiff's complaint in this action. (ECF No. 12.)

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's response to Plaintiff's complaint shall be filed on or before July 21, 2025; and

2. All remaining deadlines as set forth in the scheduling order (ECF No. 5) shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **June 13, 2025**

_____
STANLEY A. BOONE
United States Magistrate Judge

1