# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO REYES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:25-cv-00452-SAB<br><br>ORDER REGARDING STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSIVE BRIEF<br><br>(ECF No. 22) |

Before the Court is the parties' stipulation for an extension of time in which Defendant may file a responsive brief in support of his position of whether the Court should affirm, reverse, or modify a final decision of the Commissioner of Social Security denying Plaintiff's application for Social Security benefits. 42 U.S.C. 405(g). For good cause shown, the Court approves the stipulation and ORDERS that Defendant shall have through October 15, 2025, to file a responsive brief. The scheduling order (ECF No. 5) otherwise remains controlling.

IT IS SO ORDERED.

Dated: __**September 9, 2025**__　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge